UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

DANIEL JONES,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON COUNSEL'S THIRD INTERIM CJA VOUCHER

    **THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's

Third Interim CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C. 0680307

issued by United States Magistrate Judge Alicia M. Otazo-Reyes on January 9, 2019 [ECF No. 931].

Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Third Interim CJA Voucher

and that Attorney Richard K. Houlihan be paid a total sum of **$26,439.60**. The parties were afforded

the opportunity to file objections to the Report and Recommendations, however none were filed. The

Court notes Counsel's Notice of No Objection to Magistrate's Report and Recommendations [ECF

No. 969]. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts

of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent

review of the file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's

Report and Recommendations [ECF No. 931], is hereby **ADOPTED and AFFIRMED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, this \_16\_ day of January, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Richard K. Houlihan, Esq
CJA Administrator