UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DANIEL JONES,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON COUNSEL'S CJA VOUCHER

    **THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Fourth Interim CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C. 0710740 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on March 4, 2019, [ECF No.1122]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Fourth Interim CJA Voucher and that Attorney Richard Houlihan be paid a total sum of **$39,931.20**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. The Court notes Counsel's Notice of No Objection to Magistrate's Report and Recommendation [ECF No. 1123]. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record and for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 1122], is hereby **ADOPTED and AFFIRMED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida, this __19__ day of March, 2019.

                               _____
                               JOSE E. MARTINEZ
                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Richard Houlihan, Esq
CJA Administrator